JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMADOR JACOBO, | Case No. CV 16-9274 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUAN ATILANO, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is **dismissed without prejudice**.

Dated this 29th day of March, 2017.

/s/
Fernando M. Olguin
United States District Judge